IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21033
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,


versus

JORGE O. CARDONA,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CR-151
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Jorge Cardona has filed a brief

as required by Anders v. California, 386 U.S. 738 (1967).  Our

independent review of the brief and record discloses no

nonfrivolous issue.  Accordingly, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.  See 5th

Cir. R. 42.2.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.